Sergey ALEYNIKOV, Plaintiff Below, Appellant,

v.

THE GOLDMAN SACHS GROUP, INC., Defendant Below, Appellee.

No. 366, 2016

Supreme Court of Delaware.

Submitted: January 18, 2017

Decided: January 20, 2017

Court Below: Court of Chancery of the State of Delaware, C.A. No. 10636–VCL

AFFIRMED.

Arnold BROWN,[1] Petitioner Below, Appellant,

v.

STATE of Delaware, Respondent Below, Appellee.

No. 380, 2016

Supreme Court of Delaware.

Submitted: December 2, 2016

Decided: January 20, 2017

Court Below—Family Court of the State of Delaware, Cr. Case No. 1603012146, Petition No. 16-15660

AFFIRMED.

Manuel SALABERRIOS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 248, 2016

Supreme Court of Delaware.

Submitted: October 28, 2016

Decided: January 20, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1405016171

GRANTED. AFFIRMED.

Lamar WRIGHT–CLAYTON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 292, 2016

Supreme Court of Delaware.

Submitted: January 11, 2017

Decided: January 20, 2017

Court Below—Superior Court of the State of Delaware, ID No. N1509013826

AFFIRMED.

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).